UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                            :
CHRISTINA CARAMORE and MICHELLE   :   Case No. 13-cv-06122 (LDW) (GRB)
MARTIN, individually and on behalf of all       :
others similarly situated,                                  :   ECF Case
                                                                            :
              Plaintiffs,                          :   **STIPULATION AND ORDER**
                                                                            :
      v.                                                          :
                                                                            :
MAIDENFORM BRANDS, INC. and                  :
WACOAL AMERICA, INC.,                              :
                                                                            :
              Defendants.                        :
                                                                            :
-----------------------------------------------------------X

       WHEREAS, Plaintiffs filed a Request for Certificate of Default as against Defendant Maidenform Brands, Inc. on February 12, 2014 (Dkt. #20);

       WHEREAS, the Clerk of the Court issued a Certificate of Default as against Maidenform Brands, Inc. on February 18, 2014 (Dkt. #22); and

       WHEREAS, prior to the filing of the Request for Certificate of Default, counsel for Plaintiffs and counsel for Maidenform had been in communication about service of the complaint, among things.

       NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, as follows:

       1.       Plaintiffs now wish to withdraw their Request for Certificate of Default; and

       2.       The Parties respectfully request that the Court order the Clerk of the Court to annotate the docket of this action to reflect the withdrawal of the Request for Certificate of Default (Dkt. #20), and withdraw the Certificate of Default issued on February 18, 2014 (Dkt. #22).

Dated: Los Angeles, California
February 24, 2014

| | |
|---|---|
| ALONSO KRANGLE, LLP | LOEB & LOEB LLP |
| By: /s/ Andres F. Alonso<br>Andres F. Alonso<br>455 Broadhollow Road, Suite 205<br>Melville, NY  11747<br>Telephone: 516.323.7985 | By: /s/ Michael B. Shortnacy<br>Michael L. Mallow (*pro hac vice*)<br>Michael B. Shortnacy (MS-4445)<br>10100 Santa Monica Blvd., Suite 2200<br>Los Angeles, CA  90067<br>Telephone: 310.282.2000 |
| Attorneys for Plaintiffs<br>CHRISTINA CARAMORE and<br>MICHELLE MARTIN | Attorneys for Defendant<br>MAIDENFORM BRANDS, INC. |

**SO ORDERED:**

_____
LEONARD D. WEXLER, U.S.D.J.