UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CHRISTINA CARAMORE and MICHELLE
MARTIN, individually and on behalf of all others
similarly situated,

                          Plaintiffs,

    -against-

MAIDENFORM BRANDS, INC. and
WACOAL AMERICA, INC.,

                          Defendants.
----------------------------------------------------------------X

No. 13-cv-06122 (LDW) (GRB)

**STIPULATION OF DISMISSAL**

      Now comes the parties in the above-referenced matter, and Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), hereby STIPULATE that the claims of Plaintiffs, are hereby dismissed WITHOUT PREJUDICE, in their entirety. Each party is to bear its own costs.

      IT IS FURTHER STIPULATED AND AGREED UPON that the defendants' March 18, 2014 deadline to respond to the complaint is stayed.

Dated: March 17, 2014

| | |
|---|---|
| /s/ Andres F. Alonso (AFA-8307) | /s/ Michael l Mallow |
| Andres F. Alonso | Michael L. Mallow (pro hac vice) |
| ALONSO KRANGLE LLP | Michael B. Shortnacy (MBS-4445) |
| *Attorney for Plaintiffs* | LOEB & LOEB |
| 445 Broad Hollow Road | *Attorney for Defendant* |
| Suite 205 | MAIDENFORM BRANDS, INC |
| Melville, New York 11747 | 10100 Santa Monica Boulevard |
| Phone (516) 350-5555 | Suite 2200 |
| Fax: (516) 350-5554 | Los Angeles, CA 90067 |
| Email: aalonso@alonsokrangle.com | Phone: (310) 282-2287 |
| | Fax: (310) 919-3883 |
| | Email: mmallow@loeb.com |

| | |
|---|---|
| Elizabeth A. Fegan<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>*Attorney for Plaintiffs*<br>1144 W. Lake Street, Suite 400<br>Oak Park, IL  60301<br>Phone:  (708) 628-4960<br>Fax: (708) 628-4950<br>Email: beth@hbsslaw.com | /s/ Jessica L. Kaufman<br>Jessica L. Kaufman<br>MORRISON FOERSTER<br>*Attorneys for Defendant*<br>WACOAL AMERICA, INC.<br>190 Avenue of the Americas<br>New York, NY 10104<br>Phone: (212) 468-8000<br>Fax: (212) 468-7900<br>Email: jkaufman@mofo.com |

So Ordered:  _____
                    Honorable Leonard D. Wexler, U.S.D.J.