UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHRISTINA CARAMORE and MICHELLE
MARTIN, individually and on behalf of all others
similarly situated,

No. 13-cv-06122 (LDW) (GRB)

**STIPULATION OF**
**DISMISSAL**

Plaintiffs,

-against-

MAIDENFORM BRANDS, INC. and
WACOAL AMERICA, INC.,

Defendants.
-----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
MAR 18 2014
LONG ISLAND OFFICE

Now comes the parties in the above-referenced matter, and Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), hereby STIPULATE that the claims of Plaintiffs, are hereby dismissed WITHOUT PREJUDICE, in their entirety. Each party is to bear its own costs.

IT IS FURTHER STIPULATED AND AGREED UPON that the defendants' March 18, 2014 deadline to respond to the complaint is stayed.

Dated: March 17, 2014

/s/ Andres F. Alonso (AFA-8307)
Andres F. Alonso
ALONSO KRANGLE LLP
*Attorney for Plaintiffs*
445 Broad Hollow Road
Suite 205
Melville, New York 11747
Phone (516) 350-5555
Fax: (516) 350-5554
Email: aalonso@alonsokrangle.com

/s/ Michael l Mallow
Michael L. Mallow (pro hac vice)
Michael B. Shortnacy (MBS-4445)
LOEB & LOEB
*Attorney for Defendant*
MAIDENFORM BRANDS, INC
10100 Santa Monica Boulevard
Suite 2200
Los Angeles, CA 90067
Phone: (310) 282-2287
Fax: (310) 919-3883
Email: mmallow@loeb.com

| | |
|---|---|
| Elizabeth A. Fegan<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>*Attorney for Plaintiffs*<br>1144 W. Lake Street, Suite 400<br>Oak Park, IL  60301<br>Phone:  (708) 628-4960<br>Fax: (708) 628-4950<br>Email: beth@hbsslaw.com | /s/ Jessica L. Kaufman<br>Jessica L. Kaufman<br>MORRISON FOERSTER<br>*Attorneys for Defendant*<br>WACOAL AMERICA, INC.<br>190 Avenue of the Americas<br>New York, NY 10104<br>Phone: (212) 468-8000<br>Fax: (212) 468-7900<br>Email: jkaufman@mofo.com |

So Ordered: _____
Honorable Leonard D. Wexler, U.S.D.J.

Central Islip, NY
3/18/19