UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------
Caramore et al
                    Plaintiff,        Case No. 13cv6122

    -against-

Maidenform Brands, Inc. et al
                    Defendant.
-------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____Jessica L. Kaufman_____
FILL IN ATTORNEY NAME

My EDNY Bar Number is: _JK6508_____ My State Bar Number is _4501847_____

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Morrison & Foerster LLP
                    FIRM ADDRESS: 1290 Avenue of the Americas, New York, NY 10104
                    FIRM TELEPHONE NUMBER: (212) 468-8000
                    FIRM FAX NUMBER: (212) 468-7900

NEW FIRM:    FIRM NAME: Morrison & Foerster LLP
                    FIRM ADDRESS: 250 West 55th Street, New York, NY 10019
                    FIRM TELEPHONE NUMBER: (212) 468-8000
                    FIRM FAX NUMBER: (212) 468-7900

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: May 13, 2014                    s/____Jessica L. Kaufman_____
                                                ATTORNEY'S SIGNATURE